IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICKY Y. TORRENCE                                                                                           PLAINTIFF

VS.                                           CASE NO. 12-CV-1122

CMC STEEL FABRICATORS, INC.
d/b/a CMC STEEL ARKANSAS                                                                          DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant CMC Steel Fabricators, Inc. ECF No. 15. Plaintiff has filed a response. ECF No. 19. Defendant has filed a reply. ECF No. 20. Plaintiff has filed a sur-reply. ECF No. 21. This matter is ripe for the Court's consideration. For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 4th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge